COOPER, WHITE & COOPER LLP
E. GARTH BLACK (SBN 53168)
  gblack@cwclaw.com
CYRUS WADIA (SBN 190258)
  cwadia@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for TDS COMMUNICATIONS SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*Cross, et al v. AT&T Communications, et al.*<br><br>United States District Court for the Northern District of California<br>San Francisco Division<br>Case No. 3:06-cv-06224-VRW | MDL Docket No. 06-1791 VRW<br><br>Relates to Case No. 3:06-cv-06224-VRW<br><br>[PROPOSED] ORDER<br><br><br>Courtroom: 6, 17th Floor<br>Judge:      Hon. Vaughn R. Walker |

Pursuant to the stipulation filed by the parties, and good cause appearing,

IT IS SO ORDERED.

Dated: December 18, 2006.

**GRANTED**
Judge Vaughn R Walker

552680.1

MDL Docket No. 06-1791 VRW

[PROPOSED] ORDER