BRENDAN V. SULLIVAN, JR.
JOHN G. KESTER
GILBERT O. GREENMAN
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax:  (202) 434-5029
jkester@wc.com
ggreenman@wc.com

Attorneys for Sprint Nextel Corp.,
Sprint Communications Co. L.P.,
Sprint Spectrum L.P. and
Nextel West Corp.

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-- San Francisco Division --

| | |
|---|---|
| In re: | MDL Dkt. No. 06-1791-VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | STIPULATION AND [PROPOSED] ORDER TO STAY CASES AGAINST SPRINT |
| This document relates to: | [Civil L.R. 6-2, 7-1(a)(5), 7-12] |
| Nos. C-06-6222-VRW;<br>     C-06-6224-VRW;<br>     C-06-6254-VRW;<br>     C-06-6295-VRW;<br>     C-07-0464-VRW | Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |

Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW

STIPULATION

In furtherance of judicial economy and to avoid potentially unnecessary expense, the undersigned counsel for and on behalf of the entities named below wish to stay all proceedings against the Sprint entities pending determination of appellate review in Hepting v. AT&T Corp., No. C-06-672-VRW, currently pending on appeal to the United States Court of Appeals for the Ninth Circuit.

Interim class counsel for the Sprint Subscriber Class plaintiffs and counsel for the Sprint defendants[*] hereby stipulate as follows:

1. All proceedings against the Sprint defendants shall be stayed until the United States Court of Appeals for the Ninth Circuit issues its ruling on review of the July 20, 2006, order of this Court in Hepting v. AT&T Corp., No. C-06-672-VRW.

2. This stay shall encompass any proceedings pending herein against the Sprint defendants, or transferred by the Judicial Panel on Multidistrict Litigation to this Court and consolidated with this MDL, No. 06-1791-VRW, subsequent to the entry of this Stipulation. The following cases filed against the Sprint defendants have been transferred to this Court:

    C-06-6222-VRW;
    C-06-6224-VRW;
    C-06-6254-VRW;
    C-06-6295-VRW;
    C-07-0464-VRW.

---

[*] The Sprint defendants are Sprint Nextel Corp., Sprint Communications Co. L.P., Sprint Spectrum L.P. and Nextel West Corp. and as used herein include any entities related to them.

- 2 -
Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW

3. This stay shall not apply to any MDL proceedings against entities other than the Sprint defendants.

4. This stay shall not otherwise alter the substantive and other procedural rights of the Sprint defendants or of the subscribers who have filed complaints against the Sprint defendants.

5. The Sprint defendants are not required to file any response to any complaint against them until sixty (60) days after the expiration of this stay.

> GARY E. MASON
> NICHOLAS A. MIGLIACCIO
>
> THE MASON LAW FIRM, PC
> 1225 19th Street, N.W., Ste. 500
> Washington, D.C. 20036
> Tel.: (202) 429-2290
> Fax: (202) 429-2294
>
> By  /s/ *Gary E. Mason per G.O. 45*
>
> JOHN C. WHITFIELD
>
> WHITFIELD & COX, PSC
> 29 East Center Street
> Madisonville, KY 42431
> Tel.: (270) 821-0656
> Fax: (270) 825-1163
>
> By  /s/ *John C. Whitfield per G.O. 45*
>
> Interim Class Counsel for Sprint Subscriber Class
>
> BRENDAN V. SULLIVAN, JR.
> JOHN G. KESTER
> GILBERT O. GREENMAN
>
> WILLIAMS & CONNOLLY LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005
> Tel.: (202) 434-5000
> Fax: (202) 434-5029
>
> By  /s/ *John G. Kester*
>
> Attorneys for Sprint Nextel Corp., Sprint Communications Co. L.P, Sprint Spectrum L.P. and Nextel West Corp.

- 3 -
Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW

February 7, 2007

DECLARATION PURSUANT TO GENERAL ORDER 45

I declare that I have received authorization to file this document from each of the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed February 7, 2007, at Washington, D.C.

/s/ *John G. Kester*

[~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

_____
Vaughn R. Walker
United States District Chief Judge



Date: February 14, 2007

- 5 -
Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW